

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROSA SERRANO, | § | No. 08-14-00277-CV |
| APPELLANT, | § | Appeal from the |
| V. | § | County Court at Law No. 3 |
| OPTIONS MANAGEMENT, LLC, | § | of El Paso County, Texas |
| APPELLEE. | § | (TC# 2014-CCV-01920) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court to determine whether it should be dismissed for want of prosecution. Finding that Appellant has failed to file her brief, we dismiss the appeal for want of prosecution.

Appellant's brief was due to be filed on March 27, 2015 but it was not filed. On April 1, 2015, the Clerk notified Appellant that her brief was past due and no motion for extension of time had been filed. The letter advised Appellant that the Court intended to dismiss the appeal for want of prosecution unless Appellant responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). Neither the brief nor a motion for extension of time in which to file the brief has been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX.R.APP.P. 38.8(a)(1), 42.3(c).

April 22, 2015

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J. (Not Participating)